OPINION — AG — ** DISTRICT ATTORNEY'S INVESTIGATOR ** A DISTRICT ATTORNEY'S INVESTIGATOR HAS THE POWER TO CARRY A FIREARM; IS ABLE TO MAKE ARRESTS AS A LAW ENFORCEMENT OFFICER; AND IS NOT LIMITED IN HIS JOB TO SIMPLY CARRYING OUT THE DISTRICT ATTORNEY'S DIRECTIVES IN THE INVESTIGATION OF MATTERS RELATED TO THAT OFFICE. CITE: 19 O.S. 1971 215.1 [19-215.1], 19 O.S. 1971 203 [19-203] [19-203], 63 O.S. 1975 Supp., 2-101 [63-2-101] 63 O.S. 1975 Supp., 2-610 [63-2-610], 70 O.S. 1974 Supp., 3311 [70-3311], 63 O.S. 1974 Supp., 2-501 [63-2-501] (JAMES L. SWARTZ)